## Glenn *v.* Jefferson Fire Insurance Company, Appellant.

OPINION BY ORLADY, J., October 10, 1910:

This case was tried before the same jury as Glenn, Trustee, *v.* Colonial Assurance Company, ante, p. 208, in which appeal an opinion is filed this day. The record in this case is a duplicate of that one, and for the reasons given this judgment is affirmed.